UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JEROMEE SELLS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:23-cv-00026-MPB-MKK |
| | ) |
| T. RULE, | ) |
| FCI TERRE HAUTE, | ) |
| | ) |
| Respondents. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. Jeromee Sell's petition for writ of habeas corpus is **denied**.

Dated: May 13, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

JEROMEE SELLS
17369-027
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

All Electronically Registered Counsel